SILLS CUMMIS & GROSS P.C.
Scott D. Stimpson (*pro hac vice*)
Laura E. Krawczyk
Katherine M. Lieb
101 Park Ave, 28th Floor
New York, NY 10178
(212) 643-7000

*Attorneys for Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff*
*Shenzhen Jisu Technology Co., Ltd. (improperly named as Shenzhen Jisu Keji*
*Youxiangongsi a/k/a Jisulife-JA)*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GAIATOP LLC AND XIANTAOSHIANGSENSHANGMAO YOUXIANGONGSI A/K/A GAIATOP, | Civil Action No. 25-619(KMW)(MJS) |
| Plaintiffs and Counterclaim Defendants, | Honorable Karen M. Williams |
| vs. | Oral Argument Requested |
| SHENZHEN JISU TECHNOLOGY CO., LTD. (IMPROPERLY NAMED AS SHENZHEN JISU KEJI YOUXIANGONGSI A/K/A JISULIFE-NA), | **NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION AND RELATED RELIEF** |
| Defendant and Counterclaim Plaintiff. | |
| SHENZHEN JISU TECHNOLOGY CO., LTD. (IMPROPERLY NAMED AS SHENZHEN JISU KEJI YOUXIANGONGSI A/K/A JISULIFE-NA), | |
| Third-Party Plaintiff, | |
| vs. | |
| SHENZHEN GAIATOP NETWORK TECHNOLOGY CO., LTD., | |
| Third-Party Defendant. | |

13258665 v1

COUNSEL:

PLEASE TAKE NOTICE that on July 21, 2025 at 9:00 A.M. in the forenoon, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff Shenzhen Jisu Technology Co., Ltd. (improperly named as "Shenzhen Jisu Keji Youxiangongsi a/k/a Jisulife NA") ("Jisu") shall apply before the Honorable Karen M. Williams, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Room 6050, Camden, NJ 08101 for an Order granting Jisu a preliminary injunction.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Jisu shall rely upon the accompanying Memorandum of Law and Declarations of Liang Meiyu and Scott D. Stimpson.  A proposed form of Order is also attached.

PLEASE TAKE FURTHER NOTICE that Jisu hereby requests oral argument.

Respectfully submitted,

SILLS CUMMIS & GROSS P.C.
101 Park Ave, 28th Floor
New York, NY 10178
(212) 643-7000

By:   *s/ Laura E. Krawczyk*
SCOTT D. STIMPSON
LAURA E. KRAWCZYK
KATHERINE M. LIEB

*Attorneys for Defendant, Counterclaim*

2

13258665 v1

3

*Plaintiff, and Third-Party Plaintiff Shenzhen Jisu Technology Co., Ltd. (improperly named as Shenzhen Jisu Keji Youxiangongsi a/k/a Jisulife-JA)*

Dated:  June 24, 2025

3

13258665 v1