# Sills Cummis & Gross
### A Professional Corporation

**101 Park Avenue, 28th Floor**
**New York, NY 10178**
**Tel: (212) 643-7000**
**Fax: (212) 643-6500**

**Laura E. Krawczyk**
**Counsel**
**Direct Dial: 212-500-1563**
**Email: lkrawczyk@sillscummis.com**

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

June 24, 2025

**VIA CM/ECF**
The Honorable Karen M. Williams
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

> **Re:** *Gaiatop LLC et al. v. Shenzhen Jisu Keji Youxiangongsi et al.*
> **Civil Action No. 25-619(KMW)(MJS)**

Dear Judge Williams:

This firm represents Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff Shenzhen Jisu Technology Co., Ltd. (improperly named as Shenzhen Jisu Keji Youxiangongsi a/k/a Jisulife-JA) ("Jisu"). Earlier today, Jisu filed a Motion for Preliminary Injunction and Related Relief (ECF Nos. 24-27, the "Injunction Motion"). In light of the ongoing and irreparable harm to Jisu, we write to respectfully request that Your Honor consider the Injunction Motion on an expedited basis.

As detailed in the motion, Jisu is seeking to enjoin Plaintiff and Counterclaim-Defendants Gaiatop LLC and Xiantaoshiangsenshangmaoyouxiangongsi, and Third-Party Defendant Shenzhen Gaiatop Network Technology Co., Ltd. (collectively, "Gaiatop") from making, using, importing or selling various fan products that infringe Jisu's patents. Indeed, Gaiatop has undertaken a systematic pattern of copying Jisu's fan products, thereby decreasing Jisu's market share and causing price erosion. The injunction is of utmost importance to Jisu, as it is believed that none of the Gaiatop entities have any assets or operations in the United States, thereby making any meaningful recovery impossible at the end of this litigation. The timing of this motion is also critical in that summer is typically the most popular time for portable fan purchases, and thus, the harm to Jisu is particularly acute at present.

For these reasons, Jisu would greatly appreciate Your Honor's expedited consideration of this motion. We also request that the briefing on the Injunction Motion remain on the July 21,

13258701 v1

**Sills Cummis & Gross**
A Professional Corporation

The Honorable Karen M. Williams
June 24, 2025
Page 2

2025 motion day with the standard briefing schedule, and that Your Honor decline any extension requests on the briefing should any arise.

Respectfully submitted,

*s/ Laura E. Krawczyk*
LAURA E. KRAWCZYK

cc: All counsel of record

13258701 v1